IN THE MATTER OF THE TENURE HEARING OF SAMUEL C. CAPALBO, SCHOOL DISTRICT OF THE BOROUGH OF KEANSBURG, MONMOUTH COUNTY.

October 3, 1985.

Petition for certification denied.

MATTEO GIAMMARIO v. TRENTON BOARD OF EDUCATION AND TRENTON ADMINISTRATORS AND SUPERVISORS ASSOCIATION.

October 3, 1985.

Petition for certification denied.   (See 203 *N.J.Super.* 356)

ROBERT LONE AND ELIZABETH LONE v. KEITH P. BROWN.

October 3, 1985.

Petition for certification granted.   (See 199 *N.J.Super.* 420)

MONMOUTH CHRYSLER–PLYMOUTH, INC. v. CHRYSLER CORPORATION.

October 3, 1985.

Petition for certification granted.   (See 203 *N.J.Super.* 281)